**Donnie R. RICE, Appellant,**

v.

**FAB BUILDING CENTER, Respondent.**

No. WD 51492.

Missouri Court of Appeals,
Western District.

Dec. 26, 1995.

Beverly J. Figg, Jefferson City, for Appellant.

Rudolph L. Veit, Jefferson City, for Respondent.

Before FENNER, C.J., SPINDEN, P.J., and SMITH, J.

## ORDER

PER CURIAM.

Appeal from order of Labor and Industrial Relations Commission denying application for change of administrative judge.

Affirmed. Rule 84.16(b).